**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIRLANE CAR WASH, INC., PJJ
ENTERPRISES, LLC, JOHN
MASOURAS and JAMES MASOURAS

    Plaintiffs/Counter-Defendants,

v.                                                    Case No. 07-CV-10165

KNIGHT ENTERPRISES, INC,

    Defendant/Counter-Plaintiff.
                                /

**ORDER REGARDING PROPOSED JURY INSTRUCTIONS**

The court held an off-the-record conference with counsel on March 6, 2008. Counsel discussed the possibility of settlement, which resulted in differing viewpoints regarding appropriate damages, including method of calculation. The court expects counsel to exchange proposed jury instructions for the remaining issues and to brief any related legal issues for the court **within the next two weeks**. Accordingly,

IT IS ORDERED that counsel meet the above expectations and appear for the previously scheduled final pretrial conference on **April 7, 2008 at 3:30 p.m.**

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 10, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2008, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522