**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIRLANE CAR WASH, INC., PJJ
ENTERPRISES, LLC, JOHN
MASOURAS and JAMES MASOURAS

    Plaintiffs/Counter-Defendants,

v.                                         Case No. 07-CV-10165

KNIGHT ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.
                                   /

## ORDER CONCLUDING BENCH TRIAL PROCEEDINGS

After a jury verdict, and consistent with the court's interpretation of the Petroleum Marketing Practices Act ("PMPA"), *see* (4/24/08 Order at 5-7), the court held a bench trial to determine whether Defendant Knight Enterprises, Inc. committed at least one willful violation of the PMPA. For the reasons stated on the record on July 23, 2008,

IT IS ORDERED that Plaintiffs have not met their burden of proof to establish Defendant's willful violation of the PMPA.

IT IS FURTHER ORDERED that counsel will agree to the form of a proposed judgment and submit it to the court no later than **July 28, 2008**.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 24, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 24, 2008, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522