**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIRLANE CAR WASH, INC., PJJ
ENTERPRISES, LLC, JOHN
MASOURAS and JAMES MASOURAS

    Plaintiffs/Counter-Defendants,

v.                                               Case No. 07-CV-10165

KNIGHT ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.
                                       /

**OPINION AND ORDER TERMINATING AS MOOT**
**"PLAINTIFFS' MOTION TO ENTER JUDGMENT"**

Pending before the court is Plaintiffs' "Motion to Enter Judgment," which was filed on July 31, 2008. This motion is untimely to the extent that Plaintiffs and Defendant failed to agree to the form of the judgment and submit it or their competing proposed judgment by July 28, 2008, a deadline that the court imposed at the end of proceedings on July 24, 2008. As such, the court entered its judgment on July 31, 2008, without any notice of Plaintiffs' instant motion,[1] but with the benefit of the competing proposed judgments. As judgment has already been entered, Plaintiffs' motion is moot and the court will therefore terminate it. Accordingly,

---

[1] The motion bears document number 46 on the court's docket, whereas the judgment, which was filed nearly simultaneously, is document number 47. As such, Plaintiffs as a practical matter could not have reviewed the court's judgment before filing their motion. The court therefore will not construe Plaintiff's instant motion as a motion for reconsideration of the court's entry of judgment.

IT IS ORDERED that "Plaintiffs' Motion to Enter Judgment" [Dkt. # 46] is TERMINATED AS MOOT.

       S/Robert H. Cleland       
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: August 6, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 6, 2008, by electronic and/or ordinary mail.

       S/Lisa Wagner       
       Case Manager and Deputy Clerk
       (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\07-10165.FAIRLANE.PlsMotionforJudgment.wpd

2