**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIRLANE CAR WASH, INC., ET AL.,

       Plaintiff,

v.                                        07-CV-10165-DT

KNIGHT ENTERPRISES,

       Defendant.

_____/

**ORDER DENYING PLAINTIFFS'**
**MOTION FOR PROCEEDINGS AGAINST SURETY**

       Pending before the court is Plaintiffs' "Motion for Proceedings Against Surety" filed on November 11, 2010. The Local Rule requires the movant in any motion to seek concurrence in motions and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). The motion makes no mention of specific efforts to seek concurrence.

       Accordingly, IT IS ORDERED that the above motion filed on November 11, 2010, is **DENIED**.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: November 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522